UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-24219-RAR

**CLOIS GOODSON**,

    Plaintiff

v.

**HOLIDAY CVS, L.L.C.**,

    Defendant.

_____/

## NOTICE OF SCHEDULING MEDIATION

Pursuant to the Order Requiring Mediation, entered by this Court on December 11, 2024, the parties have mutually agreed upon the designation of the following Certified Civil Mediator to conduct the mediation for this case: Manuel Morales. Mediation has been scheduled for June 12, 2025.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically submitted on this 6th day of January, 2025, to: Jacob J. Liro, Esquire. WICKER SMITH O'HARA MCCOY & FORD, P.A. Attorneys for Holiday CVS, LLC 2800 Ponce de Leon Blvd., Suite 800. jliro@wickersmith.com; agaitan@wickersmith.com; lacuna@wickersmith.com

                                                    **RUBENSTEIN LAW, P.A.**
                                                    Attorneys for Plaintiff
                                                    9130 S. Dadeland Blvd, PH
                                                    Miami, FL 33156
                                                    Tel: (305) 661-6000
                                                    Fax: (786) 646-2298
                                                    Email: cjordi@rubensteinlaw.com
                                                                  laguerrebere@rubensteinlaw.com
                                                                  eservice@rubensteinlaw.com

1:24-cv-24219-RAR

By: _/s/ *Carlos Jordi*
 **Carlos Jordi**
 Florida Bar No.: 118741