UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-cv-24219-RAR

CLOIS GOODSON,
    Plaintiff,

vs.

HOLIDAY CVS, L.L.C.,
    Defendant.
_____/

## NOTICE OF MEDIATION
### (1/2 day)

**DATE / TIME:** Thursday, June 12, 2025 at 2:00 pm (Eastern Time)
*(1/2 day has been reserved)*

**LOCATION:** **Remotely by Zoom**

**MEDIATOR:** Manuel R. Morales, Jr., Esq. (Fully Bilingual: Spanish)

**MEDIATION FEES:** **$900.00 / 3-HRS. MINIMUM PER PARTY**
(additional hours @ $300.00 per hour / per party)

### TERMS AND CONDITIONS

1. Payment is due seven (7) days before the time of the Mediation, for the **3-hour minimum ($900.00 per party)**. The balance due, if any, will be billed to each party and is due within 15 days after the Mediation.

2. Please make your check payable to **MANUEL R. MORALES, JR., P.A. Our Tax I.D. number is 65-0045317**. Please put the case name and mediation date on the memo line of your check. You can also pay through Zelle or PayPal by using mm@moraleslaw.com or by Venmo by using @Manny-Morales-4.

3. **ALL CANCELLATIONS MUST BE IN WRITING BY E-MAIL**. A fee of $250.00 shall be charged to each party for cancellations made less than **72 hours** before the scheduled Mediation (Saturdays and Sundays not included). Do not rely upon opposing counsel to cancel the Mediation.

No shows or same day cancelations will be billed at the minimum rate of $900.00 per party.

4. Mediation services are rendered to the attorneys that participate in the mediation. By accepting our services they agree to pay our bill on time and that Manuel R. Morales, Jr., P.A. shall be entitled to recover all reasonable attorney's fees and costs incurred in the collection of past-due balances.

## CONTACT LIST

**Counsel for Plaintiff:**

Carlos Jordi, Esq.
Rubenstein Law, P.A.
9130 S. Dadeland Blvd., PH
Miami, FL 33156
Phone: (305) 661-6000
E-mail: cjordi@rubensteinlaw.com; laguerrebere@rubensteinlaw.com; vagarcia@rubensteinlaw.com

**Counsel for Defendant:**

Jacob J. Liro, Esq.
Wicker, Smith, et al., P.A.
2800 Ponce de Leon Blvd., Suite 800
Coral Gables, FL 33134
Phone: (305) 448-3939
E-mail: jliro@wickersmith.com; agaitan@wickersmith.com; lacuna@wickersmith.com; MPoirier@WickerSmith.com; Mmccoy@wickersmith.com

DATED this 7th day of January, 2025.

By: _S/Manuel R. Morales, Jr._
MANUEL R. MORALES, JR., ESQ. (FBN: 273767)
Fl. S. Ct. Certified Circuit Court Mediator
19 West Flagler Street, Suite 711
Miami, Florida 33130
PH #: (305) 374-5050
E-mail: mm@moraleslaw.com; jv@moraleslaw.com

mediations\06-12-25 – (pm) notice of mediation